THE TOWNSHIP OF MORRIS, *ET AL.*, APPELLANTS-RE-
SPONDENTS, v. BOARD OF PUBLIC UTILITY COMMIS-
SIONERS OF THE STATE OF NEW JERSEY, *ET ALS.*,
RESPONDENTS-PETITIONERS.

*Messrs. Porzio, Bromberg & Newman* for the petitioners.

*Messrs. Clapp & Eisenberg* and *Mr. Harold T. Rosen* for
the respondents.

January 9, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
LORENZO PRYOR, DEFENDANT-PETITIONER.

*Mr. Thomas E. Durkin, Jr.* and *Mr. William J. Gearty* for
the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Joel Sondak* for the re-
spondent.

January 17, 1967. Denied.

DOCTOR DAVID COOPER, *ET UX*, PLAINTIFFS-PETITION-
ERS, v. GOVERNMENT INSURANCE COMPANY, DEFEND-
ANT-RESPONDENT.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. F.
Herbert Owens, III* for the petitioners.

*Messrs. Orlando & Cummins* and *Mr. George H. Hohweiler*
for the respondent.

January 17, 1967. Granted.